# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **SHIRLEY McCULLEY,** | : |
| **Petitioner** | : |
| v. | : 5:05-CV-241 (WDO) |
| **GUY HICKMAN, Warden,** | : |
| **Respondent** | : |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation to deny this habeas petition. Having carefully considered the Recommendation, and Petitioner's objections thereto, the Recommendation is ADOPTED and made the order of the Court. This habeas petition is DENIED.

SO ORDERED this 21st day of November, 2005.

S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**